18 So.2d 423

### Grant COOPER v. STATE,
### 4 Div. 336.

Supreme Court of Alabama.

May 18, 1944.

Rehearing Denied June 22, 1944.

Jas. M. Prestwood and E. O. Baldwin, of Andalusia, and W. C. Taylor, of Mobile, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Grant Cooper for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Cooper v. State, 18 So.2d 420.

Writ denied.

GARDNER, C. J., and THOMAS, BROWN, FOSTER, and LIVINGSTON, JJ., concur.